IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW J. MASSENGILL,           )
                                 )
        Plaintiff,               )
                                 )
vs.                              )    No.  05-4168-JPG
                                 )
THE CITY OF JOHNSTON CITY, TONY  )
L. KENDRICK, Johnston City Police Officer,  )
in his individual and official capacity,    )
                                 )
        Defendants.              )

## RULE 41(a)1 STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-

captioned suit, by and through their undersigned attorneys, pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure, that upon presentation of this Stipulation for Dismissal to the

then presiding Judge of the United States District Court for the Southern District of Illinois, an

Order may and shall be entered in said suit dismissing Plaintiff Matthew J. Massengill's

Complaint against Defendants City of Johnston City and Tony L. Kendrick, with prejudice, each

side to bear its own costs.

By: s/Richard J. Whitney      s/John C. Ryan (with consent)      s/Joseph A. Bleyer (with consent)
Richard J. Whitney            John C. Ryan                       Joseph A. Bleyer
Attorney for Plaintiff        Attorney for Defendant             Attorney for Defendant
                              Tony L. Kendrick                   City of Johnston City

Dated: January 31, 2007

Richard J. Whitney
ARDC# 06238355
Speir & Whitney
Milwood Executive Suites
3200 Fishback Rd.
Carbondale, IL 62901

1

Telephone: (618) 549-5159
Fax: (618) 351-1419
E-mail: rwhitney@ll.net

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW J. MASSENGILL, )
)
    Plaintiff, )
)
vs. ) No. 05-4168-JPG
)
THE CITY OF JOHNSTON CITY, TONY )
L. KENDRICK, Johnston City Police Officer, )
in his individual and official capacity, )
)
    Defendants. )

CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2007, I electronically filed the foregoing Stipulation for Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joseph A. Bleyer
Bleyer and Bleyer
601 West Jackson St.
P.O. Box 487
Marion, IL 62959-0487

John C. Ryan
Feirich/Mager/Green/Ryan
2001 West Main Street
Suite 101
P.O. Box 1570
Carbondale, IL 62903-1570

Michael W. Maurizio
Michael W. Maurizio & Associates
1903 W. Main St.
P.O. Box 1849
Marion, IL 62959

Respectfully submitted,

s/ Richard J. Whitney
Richard J. Whitney

3