IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW J. MASSENGILL,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE CITY OF JOHNSTON CITY and<br>TONY L. KENDRICK, Johnston City Police<br>Officer,<br>in his individual and official capacity,<br><br>    Defendants. | Case No. 05-cv-4168-JPG |

## **JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

Dated:  January 31, 2007                                 By:s/Deborah Agans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**